IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01047-CMA-MJW

JOHN MADDEN, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

WILLOW CREEK COMPANIES, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Unopposed Motion to Modify Scheduling Order With Regard To Initial Disclosures Pursuant To Fed. R. Civ. P. 26(a) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 28) is AMENDED such that initial disclosures shall be exchanged on or before October 15, 2015.

Date: October 9, 2015